Submitted on record and briefs March 23, reversed and remanded with instructions to grant delayed appeal April 20, 1994

## CHRISTOPHER ALAN CROSS,
*Appellant,*

*v.*

## Manfred (Fred) MAASS,
Superintendent, Oregon State Penitentiary,
*Respondent.*

(89C-12095; CA A79509)

873 P2d 436

David W. Knofler and Multnomah Defenders, Inc., filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Rolf C. Moan, Assistant Attorney General, filed the brief for respondent.

Before Richardson, Chief Judge, and Deits and Riggs, Judges.

PER CURIAM

**PER CURIAM**

Petitioner appeals a judgment dismissing his petition for post-conviction relief. ORS 138.650. He seeks a delayed appeal, because the counsel appointed to file a notice of appeal from his convictions failed to do so and he was denied constitutionally adequate assistance of counsel. The state concedes that petitioner is entitled to a delayed appeal. *Clawson v. Maass*, 119 Or App 287, 850 P2d 398 (1993). We accept that concession.

Reversed and remanded with instructions to grant delayed appeal.